IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CAMILLA OWENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-0078-CV-W-ODS ) |
| THE METRO, | ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 30, 2015, Plaintiff Camilla Owens ("Plaintiff") filed a Motion for Leave to Proceed in Forma Pauperis. Doc. #1. On February 1, 2015, Magistrate Judge Robert E. Larsen denied Plaintiff's Motion, finding Plaintiff's case frivolous because there was no basis for federal subject matter jurisdiction. Doc. #4. Magistrate Judge Larsen instructed Plaintiff to pay the appropriate filing fee by March 2, 2015 for her case to proceed. *Id.* On February 9, 2015, Plaintiff filed with the Court additional facts about the matter. Doc. #5. On March 11, 2015, Magistrate Judge Larsen determined these additional facts did not establish federal subject matter jurisdiction. Doc. #6. Further, Magistrate Judge Larsen noted he had instructed Plaintiff to pay the appropriate filing fee by March 2, 2015 for her case to proceed. *Id.* The Record reveals Plaintiff has not filed this fee. Accordingly, Magistrate Judge Larsen transferred the case to an Article III District Judge for dismissal. *Id.*

Pursuant to 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of the Record, including Magistrate Judge Larsen's Orders and his reasons for denying Plaintiff in forma pauperis status. The Court agrees with and adopts Magistrate Judge Larsen's findings and conclusions. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATE: March 30, 2015

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT